G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
DIANNE J. MECONIS (State Bar No. 120895)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@rwblaw.com
dmeconis@rwblaw.com

Attorneys for Defendant THE TRAVELERS INDEMNITY COMPANY

*[APPROVED — Judge James Ware]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AFFILIATED ENGINEERS W, INC.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>　　　　　Defendant.<br>_____/ | No. C 06-04865-PVT<br><br>**STIPULATION TO EXTEND TIME FOR FILING OF THE TRAVELERS INDEMNITY COMPANY'S ANSWER TO COMPLAINT**<br>[Local Rule 6-1(a)]<br><br>Complaint filed:   August 11, 2006<br>Trial Date:         None Set |

WHEREAS, Plaintiff Affiliated Engineers W., Inc. ("Plaintiff") filed its Complaint in this matter on August 11, 2006; and

WHEREAS, Plaintiff served the Complaint upon The Travelers Indemnity Company ("Travelers") on August 15, 2006; and

WHEREAS, Travelers' Answer to the Complaint ("Answer") is due to be filed on or before September 5, 2006; and

WHEREAS, Nielsen, Haley & Abbott LLP (for Plaintiff) and Rudloff Wood & Barrows LLP (for Travelers) have agreed to extend the date for filing of Travelers' Answer.

- 1 -
STIPULATION TO EXTEND TIME FOR
FILING OF TRAVELERS' ANSWER TO THE COMPLAINT

1  NOW THEREFORE, it is stipulated that Travelers' Answer in the above-entitled matter
2  may be filed on or before October 6, 2006.

4  DATED: September 4, 2006            NIELSEN, HALEY & ABBOTT LLP

6                                      By: _____
                                           James C. Nielsen

7                                      Attorneys for Plaintiff AFFILIATED
8                                      ENGINEERS W, INC.

10 DATED: September 1, 2006            RUDLOFF WOOD & BARROWS LLP

12                                     By: _____
                                           G. Edward Rudloff, Jr.

13                                     Attorneys for Defendant THE TRAVELERS
14                                     INDEMNITY COMPANY

18 F:\Trvl\Affiliated Engineers.220\Pleadings\Stip-Extend-Answer.doc

- 2 -
STIPULATION TO EXTEND TIME FOR
FILING OF TRAVELERS' ANSWER TO THE COMPLAINT