G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
MARJIE D. BARROWS (State Bar No. 122129)
DIANNE J. MECONIS (State Bar No. 120895)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@rwblaw.com
       mbarrows@rwblaw.com
       dmeconis@rwblaw.com

Attorneys for Defendant THE TRAVELERS INDEMNITY COMPANY

*(Seal: United States District Court, Northern District of California — signed "Judge James Ware")*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AFFILIATED ENGINEERS W, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>    Defendant. | No. C 06-04865-PVT<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF AFFILIATED ENGINEERS W, INC.'S MOTION FOR SUMMARY ADJUDICATION**<br>[Local Rule 7-7]<br><br>Complaint filed: August 11, 2006<br>Trial Date: None Set |

    WHEREAS, Plaintiff Affiliated Engineers W., Inc. ("Plaintiff") filed its Motion for Summary Adjudication on the duty to defend in this matter on September 15, 2006; and

    WHEREAS, The Travelers Indemnity Company's ("Travelers") opposition to the Motion for Summary Adjudication ("opposition") is due to be filed on or before October 2, 2006; and

    WHEREAS, Nielsen, Haley & Abbott LLP (for Plaintiff) and Rudloff Wood & Barrows LLP (for Travelers) have agreed to continue the hearing on the Motion for Summary Adjudication.

///

///

- 1 -
STIPULATION TO CONTINUE HEARING ON PLAINTIFF AFFILIATED ENGINEERS
W, INC.'S MOTION FOR SUMMARY ADJUDICATION

1  NOW THEREFORE, it is stipulated that the previously noticed hearing on the Motion for
2  Summary Adjudication is continued from October 23, 2006 to October 30, 2006 at 9:00 a.m., and
3  the opposing and reply papers shall be filed in conformance with Local Rule 7-3.

5  DATED: September 29, 2006          NIELSEN, HALEY & ABBOTT LLP

                                      By: _____ for
                                          James C. Nielsen

                                      Attorneys for Plaintiff AFFILIATED
                                      ENGINEERS W, INC.

11 DATED: September 29, 2006          **RUDLOFF WOOD & BARROWS LLP**

                                      By: _____
                                          G. Edward Rudloff, Jr.

                                      Attorneys for Defendant THE TRAVELERS
                                      INDEMNITY COMPANY

19 F:\Trvl\Affiliated Engineers.220\Pleadings\Stip-Extend-oppo to MSA.doc

- 2 -
STIPULATION TO CONTINUE HEARING ON PLAINTIFF AFFILIATED ENGINEERS
W, INC.'S MOTION FOR SUMMARY ADJUDICATION

## PROOF OF SERVICE BY MAIL AND ELECTRONIC SUBMISSION VIA LEXIS/NEXIS

I, Barbara Parker, hereby declare:

I am over the age of eighteen and not a party to the within cause. I am employed in the County of Alameda, California, in the office of a member of the bar of the court in which the within action is pending at whose direction the following service was made. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608.

I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I am also personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for electronic service of documents via Lexis/Nexis.

On September 29, 2006, I served the within: **STIPULATION TO CONTINUE HEARING ON PLAINTIFF AFFILIATED ENGINEERS W, INC.'S MOTION FOR SUMMARY ADJUDICATION [Local Rule 7-7]** on the parties named below in this action by (1) submitting via electronic submission via Lexis/Nexis and (2) placing a true copy thereof enclosed in a sealed envelope for collection and mailing on this date, following ordinary business practices, addressed as follows:

James C. Nielsen , Esq.
Nielsen, Haley & Abbott LLP
44 Montgomery St., Suite 750
San Francisco, CA  94104
Tel.: 415 693 0900
Fax: 415 693 9674
E-mail: jnielsen@nielsenhaley.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 29, 2006, at Emeryville, California.

Barbara Parker

-1-