**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7  IN THE UNITED STATES DISTRICT COURT
8  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN JOSE DIVISION

| | |
|---|---|
| Affiliated Engineers W, Inc., | NO. C 06-04865 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION** |
| v. | |
| The Travelers Indemnity Co., | |
| Defendant. | |

The Court continues Plaintiff's Motion for Summary Adjudication currently set for October 30, 2006 to **November 6, 2006 at 9 a.m.**

Dated:  October 17, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

G. Edward Rudloff erudloff@rwblaw.com
James Christian Nielsen jnielsen@nielsenhaley.com

**Dated:  October 17, 2006**                               **Richard W. Wieking, Clerk**

                                                          **By:   /s/ JW Chambers            **
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**