G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
DIANNE J. MECONIS (State Bar No. 120895)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:         erudloff@rwblaw.com
                     dmeconis@rwblaw.com

Attorneys for Defendant THE TRAVELERS
INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AFFILIATED ENGINEERS W, INC. <br><br> Plaintiff, <br><br> vs. <br><br> THE TRAVELERS INDEMNITY COMPANY, <br><br> Defendant. | No. C 06-04865-JW <br><br> **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON** <br> [Local Rule 6-2, 7-12] <br><br> Complaint filed: August 11, 2006 <br> Trial Date:        None Set |

WHEREAS, Plaintiff Affiliated Engineers W., Inc. ("Plaintiff") filed a Motion for Summary Adjudication on the duty to defend in this matter on September 15, 2006; and

WHEREAS, the hearing on Plaintiff's motion was held on November 6, 2006, and the matter was taken under submission; and

WHEREAS, the parties herein, through their counsel of record, have met and conferred regarding case management; and

WHEREAS, the parties agree that many of the case management issues, such as the extent of and timing of discovery and the length of and time for trial, are dependent on the outcome of Plaintiff's Motion for Summary Adjudication; and

- 1 -
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON

1  WHEREAS, the current case management conference is scheduled for November
2  20, 2006, and the parties' joint case management conference statement is due on or before
3  November 10, 2006; and
4  WHEREAS, the parties believe that they can more intelligently address the issues in
5  the joint case management statement, if the statement is submitted after the ruling on
6  Plaintiff's Motion For Summary Adjudication; and
7  WHEREAS, there have been no prior continuances of the case management
8  conference; and
9  WHEREAS, the parties believe that a continuance of the case management
10 conference will not significantly affect the timing of the final resolution of this case;
11 NOW THEREFORE, it is stipulated that the foregoing facts are true and correct and
12 that the case management conference, which is currently scheduled for November 20,
13 2006, should be continued to January 8, 2007 at 10:00 a.m. or to such other date and time
14 as the Court shall order, and that the joint case management conference statement shall be
15 due ten days before the case management conference.

16 DATED: November 7, 2006         NIELSEN, HALEY & ABBOTT LLP

17
18                                 By: _____
                                        James C. Nielsen
19
                                   Attorneys for Plaintiff AFFILIATED
20                                 ENGINEERS W, INC.
21

22 DATED: November 7, 2006         RUDLOFF, WOOD & BARROWS LLP
23
24                                 By: _____
                                        G. Edward Rudloff Jr.
25
                                   Attorneys for Defendant THE TRAVELERS
26                                 INDEMNITY COMPANY
27
28

- 2 -
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON

## [PROPOSED] ORDER

Pursuant to stipulation, it is hereby ordered that the case management conference in the above captioned action, which is currently set for November 20, 2006 at 10:00 a.m. is continued to ___January 8, 2007___ at 10:00 a.m.

IT IS SO ORDERED.

DATED: 11/08/2007

_____
UNITED STATES DISTRICT JUDGE

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

**PROOF OF SERVICE BY MAIL AND ELECTRONIC SUBMISSION**

I, Barbara Parker, hereby declare:

I am over the age of eighteen and not a party to the within cause. I am employed in the County of Alameda, California, in the office of a member of the bar of the court in which the within action is pending at whose direction the following service was made. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608.

I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I am also personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for electronic service of documents.

On November 7, 2006, I served the within: **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON [Local Rule 6-2, 7-12]** on the parties named below in this action by (1) submitting via electronic submission and (2) placing a true copy thereof enclosed in a sealed envelope for collection and mailing on this date, following ordinary business practices, addressed as follows:

James C. Nielsen , Esq.
Nielsen, Haley & Abbott LLP
44 Montgomery St., Suite 750
San Francisco, CA  94104
Tel.: 415 693 0900
Fax: 415 693 9674
E-mail: jnielsen@nielsenhaley.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 7, 2006, at Emeryville, California.

Barbara Parker

-1-