IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Affiliated Engineers W, Inc., | NO. C 06-04865 JW |
|       Plaintiff,<br>  v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| The Travelers Indemnity Company, | |
|       Defendant. | |

On January 8, 2007, the Court conducted a Case Management Conference. The Court orders as follows:

1. By **February 5, 2007**: Defendant shall file its Motion for Summary Judgment, and Plaintiff shall file its Motion for Reconsideration of the Court's December 19, 2006 Order Denying Plaintiff's Motion for Summary Adjudication.

2. By **February 19, 2007**: The parties shall file replies to each other's motions.

3. On **March 12, 2007 at 9 AM**, the Court will conduct a hearing on both motions.

Dated: January 16, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dianne J. Meconis dmeconis@rwblaw.com
G. Edward Rudloff erudloff@rwblaw.com
James Christian Nielsen jnielsen@nielsenhaley.com

**Dated:  January 16, 2007**                                    **Richard W. Wieking, Clerk**

                                                                **By:   /s/ JW Chambers          **
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**