G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
DIANNE J. MECONIS (State Bar No. 120895)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@rwblaw.com
dmeconis@rwblaw.com

Attorneys for Defendant THE TRAVELERS
INDEMNITY COMPANY



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AFFILIATED ENGINEERS W, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | No. C 06-04865-JW<br><br>**STIPULATION TO CONTINUE HEARING ON 1) PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION AND 2) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON**<br>[Local Rule 7-7]<br><br>Complaint filed: August 11, 2006<br>Trial Date: None Set |

WHEREAS, on February 5, 2007 Plaintiff Affiliated Engineers W., Inc. ("Plaintiff") filed its Motion for Reconsideration of the Order Denying Summary Adjudication on the Duty to Defend in this matter ("Plaintiff's Reconsideration Motion") for hearing on March 12, 2007; and

WHEREAS, on February 5, 2007, Defendant The Travelers Indemnity Company ("Defendant") filed its Motion for Summary Judgment ("Defendant's Summary Judgment Motion") for hearing on March 12, 2007; and

WHEREAS, the hearings on the above referenced motions were continued on the Court's own motion to March 26, 2007, at which time Defendant's counsel is scheduled to appear in

- 1 -
STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR
RECONSIDERATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1  Orange County Superior Court for hearing on post-trial motions; and

2  WHEREAS, Nielsen, Haley & Abbott LLP and Rudloff Wood & Barrows LLP have

3  agreed, on behalf of their respective clients, that the above referenced hearings should be

4  continued to May 7, 2007, which is a mutually convenient date for the parties;

5  NOW THEREFORE, it is stipulated that the previously noticed hearings on Plaintiff's

6  Reconsideration Motion and Defendant's Motion for Summary Judgment should be continued

7  from March 26, 2007 to May 7, 2007.

8  DATED: March 20, 2007    NIELSEN, HALEY & ABBOTT LLP

By: _____
Peter Haley

Attorneys for Plaintiff AFFILIATED
ENGINEERS W, INC.

DATED: March 21, 2007    RUDLOFF WOOD & BARROWS LLP

By: _____
G. Edward Rudloff, Jr.

Attorneys for Defendant THE TRAVELERS
INDEMNITY COMPANY

[PROPOSED] ORDER

Pursuant to stipulation, it is hereby ordered that the hearings on Plaintiff's Reconsideration Motion and Defendant's Summary Judgment Motion in the above captioned action, both of which are currently set for March 26, 2006 at 10:00 a.m. are hereby continued to May 7, 2007 at ~~10:00~~ 9 A.M. a.m.

IT IS SO ORDERED.

DATED: March 20, 2007

_____
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR
RECONSIDERATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**PROOF OF SERVICE BY MAIL AND ELECTRONIC SUBMISSION**

I, Barbara Parker, hereby declare:

I am over the age of eighteen and not a party to the within cause. I am employed in the County of Alameda, California, in the office of a member of the bar of the court in which the within action is pending at whose direction the following service was made. My business address is Rudloff Wood & Barrows LLP, 2000 Powell Street, Suite 900, Emeryville, California 94608.

I am personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for the collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

I am also personally and readily familiar with the business practice of Rudloff Wood & Barrows LLP for electronic service of documents.

On March 21, 2007, I served the within: **STIPULATION TO CONTINUE HEARING ON 1) PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION AND 2) DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; [PROPOSED] ORDER THEREON [Local Rule 7-7]** on the parties named below in this action by (1) submitting via electronic submission and (2) placing a true copy thereof enclosed in a sealed envelope for collection and mailing on this date, following ordinary business practices, addressed as follows:

James C. Nielsen, Esq.
Nielsen, Haley & Abbott LLP
44 Montgomery St., Suite 750
San Francisco, CA 94104
Tel.: 415 693 0900
Fax: 415 693 9674
E-mail: jnielsen@nielsenhaley.com

-1-

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct, and that this declaration was executed on March 21, 2007, at
3   Emeryville, California.

_____
Barbara Parker

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500