G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
DIANNE J. MECONIS (State Bar No. 120895)
**RUDLOFF WOOD & BARROWS LLP**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:   (510) 740-1500
Facsimile:    (510) 740-1501
E-mail:        erudloff@rwblaw.com
                    dmeconis@rwblaw.com

Attorneys for Defendant THE TRAVELERS INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AFFILIATED ENGINEERS W, INC.<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY,<br><br>Defendant. | No.  C 06-04865-JW<br><br>**STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; [PROPOSED] ORDER THEREON**<br>[Local Rule 6-2, 7-12]<br><br>Complaint filed:  August 11, 2006<br>Trial Date:          None Set |

WHEREAS, the Court issued an order on May 30, 2007 granting Plaintiff Affiliated Engineers W., Inc.'s ("Plaintiff's") Motion for Reconsideration of its Order Denying Plaintiffs' Motion for Summary Adjudication on the Duty to Defend and denying Defendant Travelers Indemnity Company's ("Travelers'") Motion for Summary Judgment; and

WHEREAS, the Court also ordered a status conference on June 18, 2007 and the submission of a joint status conference statement ten days before; and

WHEREAS, the parties herein, through their counsel of record, have met and conferred; and

WHEREAS, the parties agree that additional time is desirable for counsel to confer

- 1 -
STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON

1   with their clients and each other so that the parties can more intelligently address the
2   issues, prepare the joint status conference statement and prepare for the status conference
3   itself;

4       WHEREAS, the parties believe that a continuance of the status conference will not
5   significantly affect the timing of the final resolution of this case;

6       NOW THEREFORE, it is stipulated that the foregoing facts are true and correct and
7   that the status conference, which is currently scheduled for June 18, 2007, should be
8   continued to August 6, 2007 at 10:00 a.m. or to such other date and time as the Court shall
9   order, and that the joint status conference statement shall be due ten days before the status
10  conference.

11  DATED: June 7, 2007      **NIELSEN, HALEY & ABBOTT LLP**

13  By: ___/s/_____
           James C. Nielsen

14  Attorneys for Plaintiff AFFILIATED
    ENGINEERS W, INC.

17  DATED: June 7, 2007      **RUDLOFF WOOD & BARROWS LLP**

19  By: __ /s/_____
           G. Edward Rudloff Jr.

20  Attorneys for Defendant THE TRAVELERS
    INDEMNITY COMPANY

*Left margin:* RUDLOFF WOOD & BARROWS LLP / ATTORNEYS AT LAW / 2000 POWELL STREET, SUITE 900 / EMERYVILLE, CALIFORNIA 94608 / (510) 740-1500

STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER THEREON

# [PROPOSED] ORDER

Pursuant to stipulation, it is hereby ordered that the status conference in the above captioned action, which is currently set for June 18, 2007 at 10:00 a.m., is continued to __August 6 2007__ at 10:00 a.m.

IT IS SO ORDERED.

DATED:   June 8 2007

_____
UNITED STATES DISTRICT JUDGE

RUDLOFF WOOD & BARROWS LLP
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500