JAMES C. NIELSEN (111889)
*jnielsen@nielsenhaley.com*
HILLARY C. AGNOST (222099)
*hagnost@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
44 Montgomery Street, Suite 750
San Francisco, California 94104
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Plaintiff,
AFFILIATED ENGINEERS W, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AFFILIATED ENGINEERS W, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>Defendants. | Action No.: CV 06-04865 JW<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL<br><br>HONORABLE JAMES WARE |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate, through their designated counsel, to dismiss this action with prejudice, each side to bear its own costs.

| | | |
|---|---|---|
| 1 | November 8, 2007 | RUDLOFF WOOD & BARROWS LLP |
| 2 | | |
| 3 | | By: /s/ Dianne J. Meconis |
| 4 | | G. Edward Rudloff, Jr.<br>Dianne J. Meconis |
| 5 | | Attorneys for Defendant The Travelers Indemnity Company |
| 6 | | |
| 7 | November 8, 2007 | NIELSEN HALEY & ABBOTT LLP |
| 8 | | |
| 9 | | By: /s/ James C. Nielsen |
| 10 | | James C. Nielsen<br>Attorneys for Plaintiff Affiliated Engineers W., Inc. |

# ORDER

GOOD CAUSE APPEARING as set out in the foregoing stipulation, the Court hereby dismisses this action with prejudice, each side to bear its own costs. All pending hearing dates and deadlines are terminated before the the Court. The Clerk shall close the file.

Dated: November 09, 2007

_____
UNITED STATES DISTRICT JUDGE

*Affiliated Engineers W, Inc. v. The Travelers Indemnity Company*
*USDC Northern District of California, Case No. CV 06-04865 JW*

# PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco. I am over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, Suite 750, San Francisco, California 94104.

On the date set forth below I served the following document described as:

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL.**

[ ]   (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

[ ]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

[ ]   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]   (BY ELECTRONIC SERVICE) by transmitting via electronic filing the document(s) listed above to the party listed below, on this date.

**The Travelers Indemnity Company**
G. Edward Rudloff, Jr.
Dianne J. Meconis
Rudloff Wood & Barrows, LLP
2000 Powell Street, Suite 900
Emeryville, CA 94608

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 9, 2007, at San Francisco, California.

*/s/ Fatima Puente*
Fatima Puente